243 So.2d 276

George C. YARBROUGH

v.

R. C. ANDERSON.

No. 51146.

Feb. 4, 1971.

No error noted.

243 So.2d 276

Robert A. WOLF

v.

R. C. "Pat" ANDERSON.

No. 51147.

Feb. 4, 1971.

No error noted.